IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIVIAN BURNS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York Corporation,<br><br>　　　　　　　Defendant. | No. 2:20-cv-01555-RSM<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME FOR EXPERT WITNESS DISCLOSURE |

　　　THIS MATTER came regularly before this Court by and through Defendant's Motion to Extend Time for Expert Witness Disclosure. Dkt. #28. Having considered the arguments made by the parties and reviewed all pleadings and evidence in support and in opposition to the motion:

　　　The Court, being otherwise fully apprised in the premises, finds good cause to grant this extension and ORDERS that Defendant's Motion, Dkt. #28, is GRANTED. Accordingly, it is hereby ORDERED that the deadline for the disclosure of the expert report of Virginia Morris be extended to not later than August 27, 2021. Plaintiff may, within 30 days after receipt of the report of Ms. Morris, disclose any rebuttal expert and depose Ms. Morris if she chooses to do so on a mutually available date.

　　　DATED this 16th day of August, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE