UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VIVIAN BURNS,

    Plaintiff,

    v.

INTERNATIONAL BUSINESS MACHINES CORPORATION,

    Defendant.

Case No. C20-1555RSM

MINUTE ORDER

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge: This case is closed. On January 25, 2022, the Court stated it "will not consider further memoranda or declarations filed in this case that attempt to argue the merits of [Plaintiff's] dismissed claims." Dkt. #61 at 2. The Court has denied Rule 59 and Rule 60 motions and a motion for reconsideration filed by Plaintiff. Dkts. #57 and #64. On March 2, 2022, Plaintiff filed a "2nd Motion for Substantive Due Process and Evidentiary Hearing." The Court finds this to be duplicative of her prior Motions. Given the above, the Court STRIKES this Motion, Dkt. #65, and will not consider it. The Court will continue to strike further filings in this case that attempt to argue the merits of Plaintiff's dismissed claims or which seek relief that has already been denied.

DATED this 3rd day of March, 2022.

RAVI SUBRAMANIAN, Clerk

By:    */s/ Serge Bodnarchuk*
        Deputy Clerk

MINUTE ORDER - 1